## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

---

**EVA MIGLIORE**,

            *Plaintiff*,

    v.

**JON SEIBERT** *et al.*,

            *Defendants*.

---

No. 23-cv-02623

**ORDER**

**O'HEARN, District Judge.**

This matter comes before the Court upon Motions to Dismiss filed by Defendants Vision Solar NJ LLC[1] and Jonathan Seibert (together the "Vision Solar Defendants"), (ECF No. 36), and Defendants Sunlight Financial LLC and Cross River Bank (together the "Lender Defendants") (ECF No. 38), as well as a Motion to Seal filed by Sunlight Financial LLC. (ECF No. 46). For the reasons set forth in this Court's corresponding Opinion,

**IT IS** on this __28th__ day of ____March____, 2024,

**ORDERED** that the Motion to Dismiss filed by the Vision Solar Defendants, (ECF No. 36), is **GRANTED IN PART AND DENIED IN PART**; and it is further

**ORDERED** that Counts II–IV of Plaintiff's Second Amended Complaint are **DISMISSED WITHOUT PREJUDICE** against Defendant Jonathan Seibert; and it is further

**ORDERED** that the Motion to Dismiss filed by the Lender Defendants, (ECF No. 38), is **GRANTED**; and it is further

---

[1] Vision Solar LLC was a defendant in this action and also joined in the Vision Solar Defendants' Motion to Dismiss. However, Vison Solar LLC filed a Suggestion of Bankruptcy on December 29, 2023. (ECF No. 54) and on January 3, 2024, the Court terminated this action against it and administratively terminated its Motion to Dismiss. (ECF No. 55). Thus, the Court does not determine the viability of any claims against that entity.

**ORDERED** that Counts I–IV of Plaintiff's Second Amended Complaint are **DISMISSED WITHOUT PREJUDICE** against Defendants Sunlight Financial LLC and Cross River Bank; and it is further

**ORDERED** that Count V of Plaintiff's Second Amended Complaint is **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that the Motion to Seal filed by Defendant Sunlight Financial LLC, (ECF No. 46), is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court shall permanently seal Exhibit A to the Motion to Dismiss filed by Defendants Sunlight Financial LLC and Cross River Bank, (ECF No. 39), and the unredacted version of Plaintiff's Opposition to the Motion to Dismiss Filed by the Lender Defendants. (ECF No. 41).

**CHRISTINE P. O'HEARN**
**United States District Judge**