# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EVA MIGLIORE, by her next friend Joseph Migliore,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>VISION SOLAR LLC,<br><br>VISION SOLAR NJ LLC,<br><br>JON SEIBERT,<br><br>SUNLIGHT FINANCIAL LLC,<br><br>CROSS RIVER BANK,<br><br>　　　　　　　　　　Defendants. | CIVIL ACTION<br><br>NO. 1:23-cv-02623-CPO-MJS<br><br><br>**NOTICE OF DISMISSAL AS TO DEFENDANTS JON SEIBERT AND VISION SOLAR NJ LLC ONLY** |

## NOTICE OF DISMISSAL

TO THE CLERK OF COURT:

　　Kindly dismiss all claims against Defendants Jon Seibert and Vision Solar NJ LLC only, but no others, and without prejudice, pursuant to Rule 41(a)(1)(A)(i).


Date: 4/11/2024　　　　　　　　　　　　　*s/Jody T. López-Jacobs*
　　　　　　　　　　　　　　　　　　　　CARY L. FLITTER
　　　　　　　　　　　　　　　　　　　　ANDREW M. MILZ
　　　　　　　　　　　　　　　　　　　　JODY T. LÓPEZ-JACOBS
　　　　　　　　　　　　　　　　　　　　**FLITTER MILZ, P.C.**
　　　　　　　　　　　　　　　　　　　　450 N. Narberth Avenue, Suite 101
　　　　　　　　　　　　　　　　　　　　Narberth, PA 19072
　　　　　　　　　　　　　　　　　　　　(P) (610) 822-0782
　　　　　　　　　　　　　　　　　　　　(F) (610) 667-0552
　　　　　　　　　　　　　　　　　　　　Email: cflitter@consumerslaw.com

　　　　　　　　　　　　　　　　　　　　**Attorney for Plaintiffs**