UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 24-1679

EVA MIGLIORE,
by her friend Joseph Migliore,

Appellant

v.

VISION SOLAR LLC; VISION SOLAR NJ LLC;
JON SEIBERT; SUNLIGHT FINANCIAL LLC;
CROSS RIVER BANK

Appeal from the United States District Court
for the District of New Jersey
(District Court No. 1:23-cv-02623)
District Judge: Honorable Christine P. O'Hearn

Argued on September 16, 2025

Before: BIBAS, MONTGOMERY-REEVES, and AMBRO, *Circuit Judges*

## JUDGMENT

This cause came on to be heard on the record before the United States District Court for the District of New Jersey and was argued September 16, 2025.

On consideration whereof it is,

**ORDERED** and **ADJUDGED** by this Court that the judgment of the District Court entered March 28, 2024, is hereby **AFFIRMED**.

Costs are not taxed.

All of the above in accordance with the Opinion of this Court.

                                    ATTEST:

                                    s/ Patricia S. Dodszuweit
                                    Clerk

Dated: October 22, 2025